> Granted. All briefing deadlines are extended by 30 days.
>
> SO ORDERED:
>
> 12/26/2024
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANCISCO SABATER,

          Plaintiff,

vs.

          Civil Action No.:
          1:24-CV-05892-RWL

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
-------------------------------------------------------------X

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S BRIEF

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of thirty (30) days to file Plaintiff's brief, which is currently due on January 14, 2025. This is Plaintiff's first request for an extension and is necessary because of other press of business and because counsel will be away for an extended of period of time around the holidays.

Plaintiff has contacted counsel for Defendant who consents to this motion.

Dated: December 24, 2024

                                            Respectfully submitted,

                            By:  /s/ Charles E. Binder
                                  Law Office of Charles E. Binder
                                  and Harry J. Binder, LLP
                                  485 Madison Avenue, Suite 501
                                  New York, NY 10022
                                  (212)-677-6801
                                  Fax (646)-273-2196
                                  fedcourt@binderlawfirm.com