**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

FRANCISCO SABATER,

                Plaintiff,         24 **CIVIL** 5892 (GRJ)

   -v-                                            <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 2, 2025, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the administrative law judge should be instructed to offer the Plaintiff the opportunity for a hearing and issue a new decision.

**Dated:** New York, New York

      April 3, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                               **BY:**       *K. Mango*

                                                        **Deputy Clerk**